1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SURJIT SINGH,

                  Petitioner,

     v.

A. NEIL CLARK, Field Office Director, U.S.
Immigration and Customs Enforcement,

                Respondent.

CASE NO. C09-769-RAJ

ORDER OF DISMISSAL

      The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. # 6),

respondent's Return and Motion to Dismiss (Dkt. # 12), the Report and Recommendation (Dkt. # 15)

of the Honorable James P. Donohue, United States Magistrate Judge, petitioner's objections to the

Report and Recommendation, and the remaining record, finds and Orders as follows:

      1.     The Court adopts the Report and Recommendation;

      2.     Petitioner's Petition for Writ of Habeas Corpus is DENIED, respondent's motion to
               dismiss is GRANTED, and this action is DISMISSED with prejudice; and

      3.     The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

      DATED this 5th day of January, 2010.

                                   Richard A. Jones

                                 The Honorable Richard A. Jones
                                 United States District Judge